JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| THOMAS LANGEHENNIG, | Case No.: 2:11-cv-5351-SVW-DTB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| MIDLAND CREDIT MANAGEMENT, | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 31, 2012

_____
The Honorable Judge
United States District Judge