JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| THOMAS LANGEHENNIG,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT,<br><br>    Defendant. | Case No.: 2:11-cv-5351-SVW-DTB<br><br>**ORDER OF DISMISSAL** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 31, 2012

_____
The Honorable Judge
United States District Judge